**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA MODUS, CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:24-cv-00022-JRG-RSP |
| | ) | |
| v. | ) | |
| | ) | **JURY  TRIAL DEMAND** |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT CLAIM CONSTRUCTION CHART UNDER P.R. 4-5(d)**

Pursuant to Local Patent Rule 4-5(d), Plaintiff, Alpha Modus, Corp. ("Alpha Modus"), and Defendant, The Kroger Co. ("Kroger"), respectfully submit this Joint Claim Construction Chart containing the disputed claim terms, phrases, or clauses of U.S. Patent Nos. 10,360,571 ("'571 patent"), 11,042,890 ("'890 patent"), and 10,977,672 ("'672 patent") (collectively, "the asserted patents"). A chart identifying the parties' disputed constructions is attached hereto as Exhibit A, listing the complete language of claims with terms in bold type and separate columns for each party's proposed construction, pursuant to P.R. 4-5(d)(1).

Dated: March 13, 2025

/s/ Jason S. Shull
Gregory P. Love (Bar No. 24013060)
STECKLER WAYNE LOVE, PLLC
107 East Main Street
Henderson, Texas 75652
Telephone: (903) 212-4444
Greg@swclaw.com

Richard S. Stockton (IL Bar No. 6273109)
(Admitted pro hac vice)
rstockton@bannerwitcoff.com
Jason S. Shull (IL Bar No. 6273435)
(Admitted pro hac vice)
jshull@bannerwitcoff.com
Leon Cao (IL Bar No. 6345536)
(Admitted pro hac vice)
lcao@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, Illinois 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Attorneys for Defendant
The Kroger Co.

Respectfully submitted,

/s/ Christopher E. Hanba
Christopher E. Hanba
Texas Bar No. 24121391
chanba@dickinson-wright.com
Joshua G. Jones
Texas Bar No. 24065517
jjones@dickinson-wright.com
Jordan E. Garsson
Texas Bar No. 24131326
jgarsson@dickinson-wright.com

DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 582-6889
Facsimile: (844) 670-6009

Attorneys for Plaintiff
Alpha Modus, Corp.

2

**CERTIFICATE OF SERVICE**

I certify that on March 13, 2025, the foregoing document was filed via the Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher E. Hanba
Christopher E. Hanba