# EXHIBIT A

*Alpha Modus, Corp., v. The Kroger Co.*, No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

**U.S. Patent No. 10,360,571 ("'571 Patent")**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 1 | "sentiment characteristic" ('571 Patent, cls. 1, 21) (disputed term in bold)<br><br>1. A method comprising:<br><br>(a) using one or more information monitoring devices to gather information about persons in a group of persons at a location, wherein<br><br>(i) the persons are each in proximity of at least one of the one or more information monitoring devices at the location, wherein<br><br>(ii) the one or more information monitoring devices are operably connected to (A) a server, (B) one or more databases, or (C) both,<br><br>(iii) the one or more information monitoring devices comprise one or more video image | Plain and ordinary meaning | "% happy, % sad, % angry, % surprised" | |

*Alpha Modus, Corp., v. The Kroger Co.*, No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | devices;<br><br>(iv) the step of gathering information using the one or more information monitoring devices comprises gathering a demographic characteristic of the persons in the group of persons using the one or more video image devices, wherein the demographic characteristic is selected from a group consisting of gender of the persons, approximate age of the persons, and combinations thereof,<br><br>(v) the step of gathering information using the one or more information monitoring devices comprises gathering a **sentiment characteristic** of the persons in the group of persons using the one or more video image devices,<br><br>(vi) the step of gathering information using the one or more information monitoring devices comprises gathering a tracking characteristic of the | | | |

2

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|------------|--------------------------------|----------------------------------|---------------------|
| | persons in the group of persons, wherein the tracking characteristic of the persons is selected from a group consisting of movement of the persons relative to the one more information monitoring devices, eye movement of the persons tracked by the one or more video image devices, and combinations thereof, <br><br> (b) providing an opt-out option to the persons in the group of persons, wherein after receipt of an affirmation of the opt-out option from an opt-out person, the opt-out person is in the subset of the opt-out persons, <br><br> (c) analyzing in real time using (A) the server, (B) the one or more databases, or (C) both the information gathered by the information monitoring devices of the persons in the group of persons, except for the subset of opt-out persons who have affirmatively opted-out, wherein the analyzed information | | | |

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | comprises the demographic characteristic of the persons, the **sentiment characteristic** of the persons, and the tracking information of the persons; and<br><br>(d) providing a response in real time based upon the analyzed information gathered by the information monitoring devices, wherein the response is selected from a group consisting of<br><br>(i) engaging the person based upon the analyzed information of the person, wherein the engaging is performed using one or more displays and content being displayed on the one or more displays is selected based upon the analyzed information,<br><br>(ii) sending a communication to a second person at the location who can then in real time directly interact with the person regarding at least a portion of the analyzed information, | | | |

*Alpha Modus, Corp., v. The Kroger Co.*, No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | (iii) providing marketing or advertising information to the person in real time based upon the analyzed information, wherein the marketing or advertising information is either provided to the person by a display at the location or by sending the marketing or advertising information to the mobile device of the person, and<br><br>(iv) providing a coupon to the person in real time based upon the analyzed information, wherein the coupon is either a printed out coupon or is a digital coupon.<br><br>21. The method of 20, wherein<br><br>(a) the step of gathering information using the one or more information monitoring devices comprises gathering a **sentiment characteristic** of the persons using the one or more video image devices, and<br><br>(b) the analyzed information | | | |

*Alpha Modus, Corp., v. The Kroger Co.*, No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | further comprises the **sentiment characteristic** of the persons. | | | |

*Alpha Modus, Corp., v. The Kroger Co.,* **No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)**

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

**U.S. Patent No. 11,042,890 ("'890 Patent")**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 2 | "sentiment information"<br><br>('890 Patent, claim 1)<br>(disputed term in bold)<br><br>1. A method comprising:<br>(a) using one or more information monitoring devices to gather information about a person at a retail store, wherein<br><br>(i) the person is in proximity to at least one of the one or more information monitoring devices at the retail store,<br><br>(ii) the one or more information monitoring devices are operably connected to (A) a server, (B) one or more databases, or (C) both, and<br><br>(iii) the step of gathering information using the one or more information monitoring devices comprises | Plain and ordinary meaning | "% happy, % sad, % angry, % surprised" | |

7

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | (A) gathering object identification information of a product that the person is interested in purchasing, and<br><br>(B) gathering **sentiment information** of the person with respect to the product;<br><br>(b) analyzing the information in real time using (A) the server, (B) the one or more databases, or (C) both gathered by the information monitoring devices about the shopping activities of the plurality of persons to manage inventory of the products in the retail store at the one or more product points, wherein the analyzed information comprises the object identification information and the **sentiment information**; and<br><br>(c) providing a response in real time based upon the analyzed information gathered by the information monitoring devices, | | | |

8

*Alpha Modus, Corp., v. The Kroger Co.,* **No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)**

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | wherein the response is selected from a group consisting of<br><br>(i) sending a communication to the person directing the person to a location in the retail store at which the person can interact with the product,<br><br>(ii) engaging the person based upon the product, wherein the engaging is performed using one more displays and content being displayed on the one or more displays is selected based upon the product,<br><br>(iii) sending a communication to a second person in the retail store who can then in real time interact with the person regarding the product,<br><br>(iv) providing marketing or advertising information to the person in real time based upon the product, wherein the marketing or advertising information is either product to the person by a display at the | | | |

*Alpha Modus, Corp., v. The Kroger Co.,* **No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)**

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | retail store or by sending the marketing or advertising information to a mobile device of the person, and<br><br>(v) providing a coupon to the person in real time based upon the product, wherein the coupon is either a printed out coupon or a digital coupon. | | | |

10

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

**U.S. Patent No. 10,977,672 ("'672 Patent")**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 3 | "behavioral analytics"<br><br>('672 Patent, claim 1)<br>(disputed term in bold)<br><br>1. A system for real-time inventory management, marketing, and advertising on a first visual display at a first visual display location in a retail store, comprising:<br><br>(a) a server comprising:<br><br>(i) one or more server processors, and,<br><br>(ii) a server memory storing computer-executable instructions that, when executed by the one or more server processors, cause the server to:<br><br>(A) identify, via image recognition, an inventory of one or more retail products physically located at the first visual display location in the | Plain and ordinary meaning | Indefinite under 35 U.S.C. § 112 | |

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | retail store, <br><br>(B) display, on the first visual display, information about one or more of the one or more retail products physically located at the first visual display location, <br><br>(C) determine, in real-time, current pricing information regarding the one or more retail products physically located at the first visual display location, <br><br>(D) display, on the first visual display, the current pricing information regarding the one or more retail products physically located at the first visual display location, <br><br>(E) receive, using one or more information monitoring devices at the first visual display location, real-time data of a customer, and <br><br>(F) **generate a promotion** of one or more of the one or more | | | |

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | retail products physically located at the first visual display location for the customer based on **behavioral analytics**. | | | |
| 4 | "generate a promotion" ('672 Patent, claim 1) (disputed term in bold) 1. A system for real-time inventory management, marketing, and advertising on a first visual display at a first visual display location in a retail store, comprising: (a) a server comprising: (i) one or more server processors, and, (ii) a server memory storing computer-executable instructions that, when executed by the one or more server processors, cause the server to: (A) identify, via image recognition, an inventory of one | Plain and ordinary meaning | "to create a promotion by means of a defined process" | |

13

*Alpha Modus, Corp., v. The Kroger Co.*, No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | or more retail products physically located at the first visual display location in the retail store, <br><br> (B) display, on the first visual display, information about one or more of the one or more retail products physically located at the first visual display location, <br><br> (C) determine, in real-time, current pricing information regarding the one or more retail products physically located at the first visual display location, <br><br> (D) display, on the first visual display, the current pricing information regarding the one or more retail products physically located at the first visual display location, <br><br> (E) receive, using one or more information monitoring devices at the first visual display location, real-time data of a | | | |

14

*Alpha Modus, Corp., v. The Kroger Co.,* No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | customer, and<br><br>(F) **generate a promotion** of one or more of the one or more retail products physically located at the first visual display location for the customer based on **behavioral analytics**. | | | |
| 5 | "generating, by the processor, a promotion"<br><br>('672 Patent, claim 11) (disputed term in bold)<br><br>11. A method involving a first visual display at a first visual display location in a retail store, the method comprising:<br><br>(a) determining, by a processor using image recognition, an inventory of one or more retail products physically located at the first visual display location in the retail store;<br><br>(b) displaying, on the first visual display, information about one or more of the one or more | Plain and ordinary meaning | "creating, by the processor, a promotion by means of a defined process" | |

*Alpha Modus, Corp., v. The Kroger Co.,* **No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)**

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | retail products physically located at the first visual display location; <br><br> (c) determining, by the processor, current pricing information regarding the one or more retail products physically located at the first visual display location; <br><br> (d) displaying, on the first visual display, the current pricing information; <br><br> (e) transmitting, by the processor, data to a distributor and/or store regarding stock relating to the inventory of one or more retail products physically located at the first visual display location in the retail store; and <br><br> (f) **generating, by the processor, a promotion** of one or more of the one or more retail products for a customer based on behavior analytics, | | | |

16

*Alpha Modus, Corp., v. The Kroger Co.*, **No. 2:24-cv-00022-JRG-RSP (E.D. Tex.)**

**RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

| # | CLAIM TERM | PLAINTIFF' PROPOSED CONSTRUCTION | DEFENDANT'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| | wherein<br><br>(i) the promotion is configured to be displayed on the first visual display. | | | |

17